20 So.3d 155 (2009)
Lisa Puckett STEWARD
v.
William Don STEWARD.
2070445.
Court of Civil Appeals of Alabama.
April 3, 2009.
Roy O. McCord of McCord & Martin, Gadsden, for appellant.
Shaun Malone of Malone Law Firm, Gadsden, for appellee.
PITTMAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala. R.App. P.; Rule 45, Ala. R.App. P.; Rule 32(A)(1)(a), Ala. R. Jud. Admin.; D.A. v. Calhoun County Dep't of Human Res., 976 So.2d 502, 504 (Ala.Civ.App.2007); and Allen v. Allen, 565 So.2d 653, 655-56 (Ala. Civ.App.1990).
THOMAS and MOORE, JJ., concur.
THOMPSON, P.J., and BRYAN, J., concur specially.
THOMPSON, Presiding Judge, concurring specially.
This case involves a custody dispute. At this time, this Court cannot address whether the trial court's joint-custody order complies with § 30-3-153(b), Ala.Code 1975, because the mother failed to raise the issue in the trial court.
BRYAN, J., concurs.